IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02025-WDM-BNB

AIR METHODS CORPORATION,

Plaintiff,

v.

OPEIU, and
OPEIU LOCAL 109,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Unopposed Motion to Participate in Rule 16(b) Scheduling and Planning Conference Via Telephone** [docket no. 11, filed November 29, 2007] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and defendants' counsel may appear by telephone for the Scheduling Conference on **December 19, 2007, at 9:30 a.m. Mountain Standard Time** by calling Chambers at 303/844-6408.


DATED:　November 30, 2007