IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02025-WDM-BNB

AIR METHODS CORPORATION,

Plaintiff,

v.

OPEIU, and
OPEIU LOCAL 109,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     At the request of the parties and based upon their representation that no trial in this case is appropriate:

     IT IS ORDERED that the **Joint Motion to Vacate Pretrial Conference** [Doc. # 24, filed 6/26/2008] is GRANTED, and the pretrial conference set for July 15, 2008, at 9:00 a.m., is VACATED.


DATED: June 27, 2008